STATE v. GEORGE

No. 324P01

Case below: 143 N.C. App. 717

Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

STATE v. GUICE

No. 33P01

Case below: 141 N.C. App. 177

Notice of appeal by Attorney General pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 19 July 2001. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 19 July 2001 for limited purpose of remand to the North Carolina Court of Appeals for reconsideration in light of *State v. Lucas*. Petition by Attorney General for writ of supersedeas denied 19 July 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 19 July 2001. Motion by defendant to lift stay allowed 19 July 2001.

STATE v. HOLMES

No. 282P01

Case below: 142 N.C. App. 614

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 July 2001.

STATE v. HOOPER

No. 302P01

Case below: 143 N.C. App. 569

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 July 2001. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.